■ ANDREA H. BONGIOVI, as Administrator of the Estate of AGNES V. BONGIOVI, Deceased, Respondent, v. HENRY J. BONGIOVI, Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILL BOWEN, Appellant.— Order, entered on April 18, 1961, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ In the Matter of IRVING BYRON ASSOCIATES, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order, entered on January 17, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. ANDREW RUSSO, Appellant.— Order, entered on April 20, 1961, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ ABRO HARDWARE CORP., Appellant, v. MARTIN J. MORAN, as Grand Knight of St. Joseph's Council, Knights of Columbus, Respondent.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ GOLD BOND STAMP COMPANY OF NEW YORK v. E. F. MACDONALD STAMP COMPANY et al.— Motion for reargument denied but motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Did the Appellate Division have power to grant a temporary injunction? " Settle order on notice. Concur — Valente, J. P., McNally, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between SYMPHONY FABRICS CORP. and BERNSON SILK MILLS, INC. In the Matter of the Arbitration between SYMPHONY FABRICS CORP. and BARBARA DANCE FROCKS.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Did the Appellate Division err in reversing the order of Special Term denying petitioner's application to consolidate two arbitration proceedings? " Settle order on notice. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ WILLARD VAN DYKE PRODUCTIONS, INC.,v. EASTMAN KODAK COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between VICTORIAS MILLING Co., INC., and HUGO NEU CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.

■ CHASE MANHATTAN BANK v. NISSHO PACIFIC CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, Stevens, Steuer and Bergan, JJ.

■ MARGARET BARISH v. DAVID B. CARMEL et al.— Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ JAMES A. WALKER v. NEW YORK PREPARATORY SCHOOL.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.